UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>Benjamin Navoa Balunsat<br>Arlene Pascasio Balunsat<br>      DEBTOR(S) | Case No.: 09-26192<br>Chapter 13 |
| Navy Federal Credit Union<br>      MOVANT<br>      vs.<br>Benjamin Navoa Balunsat<br>Arlene Pascasio Balunsat<br>      RESPONDENT(S) | |

### MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 85-175 FARRINGTON HIGHWAY, UNIT A429, WAIANAE, HI 96792

Navy Federal Credit Union (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 85-175 FARRINGTON HIGHWAY, UNIT A429, WAIANAE, HI 96792, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:

ONE

That the above-named DEBTOR(S) initiated proceedings in this Court seeking relief under Chapter 13 of 11 U.S.C. (herinafter "RESPONDENT(S)").

TWO

That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property known as 85-175 Farrington Highway, Unit A429, Waianae, HI 96792 (the "property") (see attached Exhibit "A"), presently owned by one or more of the respondents, in the approximate principal amount of $25,315.22, plus interest, late charges and other costs.

THREE

That the RESPONDENT(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of FIVE (5) post-petition payment(s) for the period of September, 2012, through January, 2013, in the amount of $4,360.30, plus late charges, plus any additional payments and late charges thereon that may fall due after the filing of this motion, plus attorney's fees and costs.

FOUR

That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 441182

<u>FIVE</u>

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A. That the Court enter an Order lifting the Stay of S. 362 to enable Navy Federal Credit Union, or its successors and assigns, to enforce its rights under its Deed of Trust, which would enable it to foreclose on the property.

B. That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 441182

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

| | |
|---|---|
| IN RE:<br><br>Benjamin Navoa Balunsat<br>Arlene Pascasio Balunsat<br>DEBTOR(S) | Case No.: 09-26192<br>Chapter 13 |
| Navy Federal Credit Union<br>MOVANT<br>vs.<br>Benjamin Navoa Balunsat<br>Arlene Pascasio Balunsat<br>RESPONDENT(S) | |

* * * * * **CERTIFICATION OF SERVICE** * * * * *
ON
**MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 85-175 FARRINGTON HIGHWAY, UNIT A429, WAIANAE, HI 96792**

    I, the undersigned counsel of COHN, GOLDBERG & DEUTSCH, LLC, 600 BALTIMORE AVENUE, SUITE 208, TOWSON, MD 21204, certify that I am, and at all times hereinafter mentioned was, 18 years of age and that on January 4, 2013, I served a copy of the MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 85-175 FARRINGTON HIGHWAY, UNIT A429, WAIANAE, HI 96792, by FIRST CLASS MAIL, and/or ELECTRONIC FILING NOTIFICATION, on the respondent(s) in this proceeding to:

Benjamin Navoa Balunsat
85-175 Farrington High, Unit A429
Waianae, HI 96792

Arlene Pascasio Balunsat
85-175 Farrington High, Unit A429
Waianae, HI 96792

Benjamin Navoa Balunsat
8711 Colonel Seward Drive
Fort Washington, MD 20744

Arlene Pascasio Balunsat
8711 Colonel Seward Drive
Fort Washington, MD 20744

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 441182

and respondent(s)' counsel:  
Charles L Wardell, Esquire  
1425 K Street, NW, Suite 350  
Washington, DC 20005  

Timothy P Branigan, Trustee  
P.O Box 1902  
Laurel, Maryland 20725-1902  

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2013

/s/ Richard J. Rogers_____  
Richard J. Rogers, Esquire  
Cohn, Goldberg & Deutsch, LLC  
600 Baltimore Avenue, Suite 208  
Towson, MD  21204  
410-296-2550  
Fax: 410-296-2558  
Email: bankruptcyecf@cgd-law.com  
Federal Bar #: 01980 (MD)

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW  
600 BALTIMORE AVENUE  
SUITE 208  
TOWSON, MD 21204

410-296-2550

File #: 441182