WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Benjamin Navoa Balunsat
Arlene Pascasio Balunsat

Case No.: 09-26192
Chapter 13

DEBTOR(S)

Navy Federal Credit Union

MOVANT
vs.
Benjamin Navoa Balunsat
Arlene Pascasio Balunsat

RESPONDENT(S)

**CONSENT ORDER AND STIPULATION MODIFYING AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

  Upon consideration of the foregoing Motion Seeking Relief from Automatic Stay, the parties having reached an agreement, and good cause having been shown, by the United States Bankruptcy Court for the District of Maryland.

1

ORDERED that the Automatic Stay be, and it is, hereby terminated, pursuant to 11 U.S.C. 362(d), to permit Movant, its assigns and/or successors, to commence foreclosure proceedings against the real property and improvement known as 85-175 Farrington Highway, Unit A429, Waianae, HI 96792 and that the successful purchasers shall take possession of the same; and be it further

ORDERED that the relief granted in the immediately proceeding paragraph be, and the same is hereby stayed, provided that the Debtor(s):

1. Resume(s) making regular monthly payments on March 1, 2013, of $872.06 or as adjusted for escrow changes and continue thereafter, as well as all other conditions and obligations under the terms of the Deed of Trust or Mortgage, and

2. Make(s) a payment of $1,009.73 for six (6) months beginning March 15, 2013, and continue through August 15, 2013. The total post-petition arrearage due from 9/1/12 to 2/1/13 is $6,058.36 which includes $650.00 bankruptcy legal fees and $176.00 filing fees.

Payments should be mailed to:
    Navy Federal Credit Union
    P.O. Box 23800
    Merrifield, VA 221193800
    Attn: Bankruptcy Department

Should the Debtor(s) fail to make any payment when due or should any payment be returned for insufficient funds, Movant shall file a Notice of Default with the Court. Said Notice shall provide copies to the Debtor(s) and Debtor(s)' attorney and allow the Debtor(s) ten (10) days from the date the Affidavit of Default is mailed to cure two (2) default(s) under this agreement. Any cure of an Affidavit of Default must be made in the form of a certified or cashier's check, or Western Union Quick Collect. No right shall be given to cure any ensuing default. In the event of a subsequent default and upon notice to Debtor(s), Debtor(s)' counsel and the Court the stay shall automatically terminate.

The fourteen (14) day stay of Bankruptcy Rule 4001(a)(3) is waived.

The parties agree that if the Debtor(s) converts this case to a Chapter 7, the Movant may immediately exercise all rights provided by the security instruments referenced in this Order and applicable state law.

| | |
|---|---|
| /s/Charles L Wardell | /s/ Richard J. Rogers |
| Charles L Wardell, Esquire | Richard J. Rogers, Esquire |
| Attorney for Debtor | Cohn, Goldberg & Deutsch, LLC |
| | 600 Baltimore Avenue, Suite 208 |
| | Towson, MD 21204 |
| | 410-296-2550 |
| | Fax: 410-296-2558 |
| | Email: bankruptcyecf@cgd-law.com |
| | Federal Bar #: 01980 (MD) |
| | Attorney for Movant |

  I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                /s/ Richard J. Rogers_____
                Richard J. Rogers, Esquire
                Cohn, Goldberg & Deutsch, LLC
                600 Baltimore Avenue, Suite 208
                Towson, MD  21204
                410-296-2550
                Fax: 410-296-2558
                Email: bankruptcyecf@cgd-law.com
                Federal Bar #: 01980 (MD)
                Attorney for Movant

Copies to:

Benjamin Navoa Balunsat
85-175 Farrington High, Unit A429
Waianae, HI 96792

Arlene Pascasio Balunsat
85-175 Farrington High, Unit A429
Waianae, HI 96792

Benjamin Navoa Balunsat
8711 Colonel Seward Drive
Fort Washington, MD 20744

Arlene Pascasio Balunsat
8711 Colonel Seward Drive
Fort Washington, MD 20744

and respondent(s)' counsel:
Charles L Wardell, Esquire
1425 K Street, NW, Suite 350
Washington, DC 20005

Timothy P Branigan, Trustee
P.O Box 1902
Laurel, Maryland 20725-1902

Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

                **End of Order**