UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF:

Benjamin Navoa Balunsat
Arlene Pascasio Balunsat

DEBTOR(S)

Case No.: 09-26192
Chapter 13

Navy Federal Credit Union

MOVANT
vs.
Benjamin Navoa Balunsat
Arlene Pascasio Balunsat

RESPONDENT(S)

## AFFIDAVIT OF DEFAULT
## AND NOTICE OF TERMINATION OF AUTOMATIC STAY

MOVANT by its undersigned counsel files herein this AFFIDAVIT OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY.

Benjamin Navoa Balunsat and Arlene Pascasio Balunsat are/is currently in default of the Consent Order dated MARCH 6, 2013 in the amount of $8,105.60 (see attached affidavit).

Pursuant to the terms and conditions of the Order, the Debtor(s) has ten days to cure said default. Funds should be paid via certified check, cashier's check, or Western Union Quick Collect. No personal checks will be accepted.

Under the provisions of the Consent Order, the stay of Section 362(a) will terminate ten days from the mailing of this affidavit.

Signed and mailed this 24th day of April, 2013.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD 21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 441182

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on this 24th day of April, 2013, a copy of the within Affidavit was served by electronic filing and/or first class mail to:

Benjamin Navoa Balunsat
85-175 Farrington High, Unit A429
Waianae, HI 96792

Arlene Pascasio Balunsat
85-175 Farrington High, Unit A429
Waianae, HI 96792

Benjamin Navoa Balunsat
8711 Colonel Seward Drive
Fort Washington, MD 20744

Arlene Pascasio Balunsat
8711 Colonel Seward Drive
Fort Washington, MD 20744

| | |
|---|---|
| and respondent(s)' counsel:<br>Charles L Wardell, Esquire<br>1425 K Street, NW, Suite 350<br>Washington, DC 20005 | Timothy P Branigan, Trustee<br>P.O Box 1902<br>Laurel, Maryland 20725-1902 |

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 441182