UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF:<br><br>Benjamin Navoa Balunsat<br>Arlene Pascasio Balunsat<br><br>DEBTOR(S) | Case No.: 09-26192<br>Chapter 13 |
| Navy Federal Credit Union<br><br><br>MOVANT<br>vs.<br>Benjamin Navoa Balunsat<br>Arlene Pascasio Balunsat<br><br><br>RESPONDENT(S) | |

### AFFIDAVIT

I, Kiet Huynh, an Employee/Agent of Navy Federal Credit Union, (hereinafter "MOVANT") and having personal knowledge of the books and records of the aforementioned MOVANT hereby certify and affirm that MOVANT has not received the payment(s) due for the month(s) of:

MONTH DUE     AMOUNT DUE     AMOUNT PAID     DATE PAID

(SEE ATTACHED PAGE)

The amount of default under the Consent Order as of 4/9/13, is $8,105.60. Said payment(s) was/were due in accordance with a Consent Order entered on MARCH 6, 2013.

I hereby certify and affirm under penalties of perjury that the aforegoing facts are true to the best of my knowledge, information and belief.

NOTARY PUBLIC
My Commission Expires: 9/30/2014

Jennifer Rose Buser
Commonwealth of Virginia
Notary Public
Commission No. 7338696
My Commission Expires 9/30/2014

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 441182

```
                    NAVY FEDERAL CREDIT UNION
                    P.O. BOX 3302
                    MERRIFIELD  VIRGINIA  22119-3302



                         MORTGAGE ACCOUNT ACTIVITY STATEMENT         DATE 04/02/13
REQ BY KCH                                                           PAGE   1


BENJAMIN BALUNSAT
ARLENE P BALUNSAT
8711 COLONEL SEWARD DR
FT WASHINGTON         MD 20744

LOAN NUMBER REDACTED 55863
************************************************************************
------------------------- CURRENT ACCOUNT INFORMATION ------------------------
    DATE        TOTAL      PRINCIPAL        LOAN        CURRENT
  PAYMENT      PAYMENT     & INTEREST     INTEREST     PRINCIPAL        ESCROW
    DUE         AMOUNT      PAYMENT         RATE        BALANCE        BALANCE
  09-01-12      872.06      872.06         3.25000     25,315.22         0.00
    2ND MORTGAGE:                           0.00   0.00000      0.00
************************************************************************

                ACTIVITY FOR PERIOD 04/02/11 - 04/02/13
  PROCESS    DUE    TRANSACTION      TRANSACTION                EFFECTIVE DATE
    DATE    DATE      CODE           DESCRIPTION                OF TRANSACTION
  ----------------------------------------------------------------------------
  TRANSACTION  PRIN. PAID/           ESCROW PAID/ ------------OTHER------------
    AMOUNT      BALANCE   INTEREST    BALANCE    AMOUNT   CODE/DESCRIPTION
  ----------------------------------------------------------------------------
  02-11-13   00-00   633   MISC. F/C AND B/R EXPENSES
      95.00        0.00      0.00       0.00
  10-11-12   08-12   173   PAYMENT
       0.00      803.49     68.57       0.00      872.06-
              25,315.22                         NEW PRINCIPAL/ESCROW BALANCES
  10-09-12   08-12   172   PAYMENT
     900.00        0.00      0.00       0.00      900.00
  09-06-12   07-12   173   PAYMENT
       0.00      787.88     84.18       0.00      872.06-
              26,118.71                         NEW PRINCIPAL/ESCROW BALANCES
  09-04-12   07-12   172   PAYMENT
     900.00        0.00      0.00       0.00      900.00
  08-13-12   00-00   630   ATTORNEY ADVANCES
     200.00        0.00      0.00       0.00
  06-26-12   06-12   173   PAYMENT
       0.00      793.66     78.40       0.00      872.06-
              26,906.59                         NEW PRINCIPAL/ESCROW BALANCES
  06-26-12   05-12   173   PAYMENT
       0.00      785.96     86.10       0.00      872.06-
              27,700.25                         NEW PRINCIPAL/ESCROW BALANCES
  06-25-12   05-12   173   PAYMENT
     966.46        0.00      0.00       0.00      966.46
  06-22-12   04-12   173   PAYMENT
     872.06      783.60     88.46       0.00
              28,486.21                         NEW PRINCIPAL/ESCROW BALANCES
```

```
                    NAVY FEDERAL CREDIT UNION
                    P.O. BOX 3302
                    MERRIFIELD  VIRGINIA  22119-3302


                    MORTGAGE ACCOUNT ACTIVITY STATEMENT        DATE 04/02/13
REQ BY KCH                                                     PAGE    2


BENJAMIN BALUNSAT
LOAN NUMBER: REDACTED 3
             ACTIVITY FOR PERIOD 04/02/11 - 04/02/13
PROCESS    DUE    TRANSACTION       TRANSACTION              EFFECTIVE DATE
 DATE      DATE     CODE            DESCRIPTION              OF TRANSACTION

  TRANSACTION   PRIN. PAID/            ESCROW PAID/ ------------OTHER------------
    AMOUNT        BALANCE    INTEREST    BALANCE    AMOUNT  CODE/DESCRIPTION

05-17-12  03-12  173  PAYMENT
      0.00       788.19      83.87       0.00      872.06-
              29,269.81                             NEW PRINCIPAL/ESCROW BALANCES
05-16-12  03-12  172  PAYMENT
    900.00         0.00       0.00       0.00      900.00
04-18-12  02-12  173  PAYMENT
      0.00       779.61      92.45       0.00      872.06-
              30,058.00                             NEW PRINCIPAL/ESCROW BALANCES
04-16-12  02-12  172  PAYMENT
    900.00         0.00       0.00       0.00      900.00
03-21-12  01-12  173  PAYMENT
      0.00       778.43      93.63       0.00      872.06-
              30,837.61                             NEW PRINCIPAL/ESCROW BALANCES
03-16-12  01-12  172  PAYMENT
    900.00         0.00       0.00       0.00      900.00
02-22-12  12-11  173  PAYMENT
      0.00       779.55      92.51       0.00      872.06-
              31,616.04                             NEW PRINCIPAL/ESCROW BALANCES
02-21-12  12-11  172  PAYMENT
    900.00         0.00       0.00       0.00      900.00
02-13-12  00-00  633  MISC. F/C AND B/R EXPENSES
     95.00         0.00       0.00       0.00
01-10-12  11-11  173  PAYMENT
      0.00       766.69     105.37       0.00      872.06-
              32,395.59                             NEW PRINCIPAL/ESCROW BALANCES
01-09-12  11-11  172  PAYMENT
    880.00         0.00       0.00       0.00      880.00
12-20-11  10-11  173  PAYMENT
      0.00       779.90      92.16       0.00      872.06-
              33,162.28                             NEW PRINCIPAL/ESCROW BALANCES
12-15-11  10-11  172  PAYMENT
    880.00         0.00       0.00       0.00      880.00
11-03-11  09-11  173  PAYMENT
      0.00       765.46     106.60       0.00      872.06-
              33,942.18                             NEW PRINCIPAL/ESCROW BALANCES
10-31-11  09-11  172  PAYMENT
    872.06         0.00       0.00       0.00      872.06
```

```
                        NAVY FEDERAL CREDIT UNION
                        P.O. BOX 3302
                        MERRIFIELD VIRGINIA  22119-3302


                     MORTGAGE ACCOUNT ACTIVITY STATEMENT         DATE 04/02/13
REQ BY KCH                                                       PAGE    3


BENJAMIN BALUNSAT
LOAN NUMBER: REDACTED 863

                   ACTIVITY FOR PERIOD 04/02/11 - 04/02/13
PROCESS   DUE    TRANSACTION         TRANSACTION              EFFECTIVE DATE
DATE      DATE   CODE                DESCRIPTION              OF TRANSACTION
---------------------------------------------------------------------------------
   TRANSACTION  PRIN. PAID/        ESCROW PAID/ ------------OTHER-------------
      AMOUNT      BALANCE  INTEREST   BALANCE    AMOUNT  CODE/DESCRIPTION
---------------------------------------------------------------------------------
10-04-11  08-11  173  PAYMENT
       0.00       758.67   113.39      0.00      872.06-
                34,707.64                        NEW PRINCIPAL/ESCROW BALANCES
10-03-11  08-11  172  PAYMENT
    1,125.74       0.00      0.00      0.00     1,125.74
09-20-11  07-11  173  PAYMENT
       0.00       765.41   106.65      0.00      872.06-
                35,466.31                        NEW PRINCIPAL/ESCROW BALANCES
09-15-11  07-11  172  PAYMENT
      872.06       0.00      0.00      0.00       872.06
09-06-11  06-11  173  PAYMENT
       0.00       758.72   113.34      0.00      872.06-
                36,231.72                        NEW PRINCIPAL/ESCROW BALANCES
09-01-11  06-11  172  PAYMENT
    1,125.74       0.00      0.00      0.00     1,125.74
08-05-11  05-11  173  PAYMENT
       0.00       747.49   124.57      0.00      872.06-
                36,990.44                        NEW PRINCIPAL/ESCROW BALANCES
08-05-11  04-11  173  PAYMENT
       0.00       763.06   109.00      0.00      872.06-
                37,737.93                        NEW PRINCIPAL/ESCROW BALANCES
08-01-11  04-11  172  PAYMENT
    1,125.74       0.00      0.00      0.00     1,125.74
07-14-11  03-11  173  PAYMENT
       0.00       755.27   116.79      0.00      872.06-
                38,500.99                        NEW PRINCIPAL/ESCROW BALANCES
07-13-11  03-11  172  PAYMENT
      872.06       0.00      0.00      0.00       872.06
06-16-11  02-11  173  PAYMENT
       0.00       743.59   128.47      0.00      872.06-
                39,256.26                        NEW PRINCIPAL/ESCROW BALANCES
06-16-11  01-11  173  PAYMENT
       0.00       762.38   109.68      0.00      872.06-
                39,999.85                        NEW PRINCIPAL/ESCROW BALANCES
06-15-11  01-11  172  PAYMENT
    1,125.74       0.00      0.00      0.00     1,125.74
```

```
                        NAVY FEDERAL CREDIT UNION
                        P.O. BOX 3302
                        MERRIFIELD  VIRGINIA  22119-3302


                    MORTGAGE ACCOUNT ACTIVITY STATEMENT           DATE 04/02/13
                                                                  PAGE    4
REQ BY KCH


BENJAMIN BALUNSAT
LOAN NUMBER:  [REDACTED]3863

                    ACTIVITY FOR PERIOD 04/02/11 - 04/02/13
PROCESS   DUE    TRANSACTION         TRANSACTION                EFFECTIVE DATE
DATE      DATE   CODE                DESCRIPTION                OF TRANSACTION
-------------------------------------------------------------------------------
    TRANSACTION  PRIN. PAID/           ESCROW PAID/ -----------OTHER------------
    AMOUNT       BALANCE    INTEREST   BALANCE   AMOUNT  CODE/DESCRIPTION
-------------------------------------------------------------------------------
06-13-11  01-11  172  PAYMENT
    872.06          0.00       0.00       0.00    872.06
05-25-11  12-10  173  PAYMENT
      0.00        749.29     122.77       0.00    872.06-
                40,762.23                         NEW PRINCIPAL/ESCROW BALANCES
05-18-11  12-10  172  PAYMENT
  1,125.74          0.00       0.00       0.00  1,125.74
05-09-11  11-10  173  PAYMENT
      0.00        745.33     126.73       0.00    872.06-
                41,511.52                         NEW PRINCIPAL/ESCROW BALANCES
05-03-11  11-10  172  PAYMENT
    872.06          0.00       0.00       0.00    872.06
04-13-11  10-10  173  PAYMENT
      0.00        757.21     114.85       0.00    872.06-
                42,256.85                         NEW PRINCIPAL/ESCROW BALANCES
04-08-11  10-10  172  PAYMENT
  1,125.74          0.00       0.00       0.00  1,125.74
04-07-11  09-10  173  PAYMENT
    872.06        736.81     135.25       0.00
                43,014.06                         NEW PRINCIPAL/ESCROW BALANCES
```